## Commonwealth *v.* Garnett, Appellant.

Submitted September 9, 1968. *Louis M. Natali* and *Melvin Dildine,* Assistant Defenders, and *Herman I. Pollock,* Defender, for appellant; *James D. Crawford,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth, Appellant, *v.* Hairston.

Argued September 14, 1968. *James D. Crawford,* Assistant District Attorney, with him *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellant; *Spencer Ervin, Jr.,* with him *Tate and Ervin,* for appellee.

The appeals are quashed.

MONTGOMERY, J., dissented.

WATKINS, J., absent.